UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JESSIE PENALOZA,

Plaintiff,

v.

HOME DEPOT U.S.A., INC.,

Defendant.

Case No. 26-cv-06542-AGT

**ORDER TO SHOW CAUSE**

The parties didn't file a joint case management statement by the original deadline to do so and didn't respond to the Court's order last week, in which the Court set a new deadline for filing the joint case management statement (dkt. 12), a deadline the parties didn't meet. By October 9, 2026, Plaintiff must show cause for why this action shouldn't be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

The initial case management conference is vacated.

**IT IS SO ORDERED.**

Dated: October 6, 2026

Alex G. Tse
United States Magistrate Judge